No. 90–354. FREY ET AL. v. REILLY, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. 7th Cir. Certiorari denied.

No. 90–361. KENRICH PETROCHEMICALS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 90–374. DOWNS v. CAVAZOS, SECRETARY, DEPARTMENT OF EDUCATION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–376. GORDON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–379. FISHER ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 90–395. ENDELL, COMMISSIONER, ALASKA DEPARTMENT OF CORRECTIONS v. SMITH. C. A. 9th Cir. Certiorari denied.

No. 90–405. GOWER, TRUSTEE v. FARMERS HOME ADMINISTRATION. C. A. 11th Cir. Certiorari denied.

No. 90–436. DANIELS ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–476. WYETH-AYERST LABORATORIES DIVISION OF AMERICAN HOME PRODUCTS CORP. v. GRAHAM, AN INFANT UNDER THE AGE OF EIGHTEEN WHO SUES BY HER PARENTS, GUARDIANS, AND NEXT FRIENDS, GRAHAM ET UX. C. A. 10th Cir. Certiorari denied.

No. 90–517. HINSHAW MUSIC, INC., ET AL. v. DAWSON. C. A. 4th Cir. Certiorari denied.

No. 90–519. HIRSCH v. OAKELEY VAUGHAN UNDERWRITING, LTD., ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–521. COMORA ET UX. v. RADELL ET AL. C. A. 9th Cir. Certiorari denied.